UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATALINO GARCIA,**<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>**THOMAS E. VAUGHN, Warden,**<br><br>　　　　　Respondent. | NO. CV 05-3340-JHN (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS OF<br><br>UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Respondent's Objections. No Reply to the Objections has been received. The Court has conducted a *de novo* review of those matters to which objections have been made. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

　　IT IS ORDERED that the Petition is DENIED based on Ground One and GRANTED based on Ground Two. A writ of habeas corpus shall issue as

follows:  The Board of Parole Hearings ("Board") shall hold a parole suitability hearing for Petitioner within forty-five (45) days of the entry of judgment.  The Board shall find Petitioner suitable for parole unless new evidence of his conduct in prison or change in mental state subsequent to his April 28, 2004 parole consideration hearing is introduced that is sufficient to support a finding that Petitioner currently poses an unreasonable risk of danger to society if released on parole.  In the absence of any new evidence showing Petitioner's unsuitability for parole, the Board shall calculate a prison term and release date for Petitioner in accordance with California law.  If the release date has already lapsed, Respondent shall, within ten (10) days after the hearing, release Petitioner on parole.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   September 30, 2010   .

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE