UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CATALINO GARCIA,** | ) | NO. CV 05-3340-JHN (MAN) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **THOMAS E. VAUGHN, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is GRANTED as follows: The Board of Parole Hearings ("Board") shall hold a parole consideration hearing for Petitioner within forty-five (45) days of the entry of judgment. The Board shall find Petitioner suitable for parole unless new evidence of his conduct in prison or change in mental state subsequent to his April 28, 2004 parole consideration hearing is introduced that is sufficient to support a finding that Petitioner currently poses an unreasonable risk of danger to society if

1  released on parole.  In the absence of any new evidence showing
2  Petitioner's unsuitability for parole, the Board shall calculate a
3  prison term and release date for Petitioner in accordance with
4  California law.  If the release date has already lapsed, Respondent
5  shall, within ten (10) days after the hearing, release Petitioner on
6  parole.

8  DATED:    September 30, 2010   .

                                          _____
                                          JACQUELINE H. NGUYEN
                                          UNITED STATES DISTRICT JUDGE

2